IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ARBITRATIONCHAMPIONS.COM | ) | |
|---|---|---|
| GERALD COLLETTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07CV00246 |
| | ) | |
| THE COUNCILORS OF THE NORTH | ) | |
| CAROLINA STATE BAR, | ) | |
| | ) | |
| Defendants | ) | |

JUDGMENT

For the reasons stated in a contemporaneously filed Memorandum Opinion, ArbitrationChampions.Com and Gerald Collette's Motion for Summary Judgment [Doc. # 5] is DENIED as MOOT. The Councilors of the North Carolina State Bar's Motion to Dismiss [Doc. # 12] is GRANTED. Plaintiff's Motion to Withdraw Request for Injunctive Relief [Doc. # 18] is DENIED as MOOT. This matter is DISMISSED.

This the 16th day of November, 2007.

/s/ N. Carlton Tilley, Jr.
United States District Judge